No. 300. COZART ET AL. *v.* WILSON, SECRETARY OF DEFENSE, ET AL.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for writ of habeas corpus upon the ground that the cause is moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36. *Emanuel Redfield* and *Murray Sprung* for petitioners. *Solicitor General Rankin* for respondents.